FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

99 SEP 21 AM 9:39

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| FRANK BURNELL STACEY, | ) |
| Petitioner, | ) |
| vs | ) CIVIL ACTION NO. 99-G-1533-E |
| JUDGE TOMMY DOBSON, et al, | ) |
| Respondent(s). | ) |

ENTERED
SEP 2 1 1999

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the petition for writ of habeas corpus is due to be dismissed without prejudice.[1] An appropriate order will be entered.

DONE, this 20th day of September, 1999.

J. FOX GUIN, JR.,
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] A copy of the report and recommendation was mailed to the petitioner at the address given to the court. The copy was returned marked "not in jail." The court has been unable to obtain a current address for the petitioner.

